**CHRISTOPHER J. CHRISTIE**
United States Attorney
**PETER W. GAETA**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2927

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| **ELIO NAGER LOPEZ** : | HON.  Peter G. Sheridan |
| : | Civil No. 07-75 |
| v. | |
| **MICHAEL CHERTOFF, SECRETARY** :<br>**OF THE DEPARTMENT OF**<br>**HOMELAND SECURITY, et al.** : | **ORDER OF DISMISSAL** |
| *Defendants.* : | |

This Matter is before the Court on *pro se* plaintiff's Petition for a hearing on the failure of the USCIS to adjudicate his Application to Register Permanent Residence or Adjust Status, form I-485 filed on January 5, 2007; and

**WHEREAS**, on April 21, 2008, the Application to Register Permanent Residence or Adjust Status was adjudicated and approve for pro se *plaintiff* Elio Nager Lopez. (Docket entry number 13).

**THEREFORE**, for the forgoing reasons,

**IT IS** on this 23 day of April, 2008

**ORDERED** that Plaintiff's the petition is **DISMISSED** as moot because his Application to Register Permanent Residence or Adjust Status was adjudicated and approved by USCIS on April 21, 2008;

**ORDERED** that the Clerk of the Court shall serve this Order on the parties and close the

file.

Honorable Peter G. Sheridan
United States District Judge

2

Case 2:07-cv-00075-PGS   Document 13-2   Filed 04/23/2008   Page 2 of 2